1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFERY BAIDA,                          ) Case No. CV 15-2819-JVS (JPR)
                                       )
              Petitioner,              )
                                       )          **J U D G M E N T**
         vs.                           )
                                       )
Warden,                                )
                                       )
              Respondent.              )
_____        )

     Pursuant to the Order Dismissing Habeas Petition and
Administratively Closing Case,

     IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: July 6, 2015                    _____
                                       JAMES V. SELNA
                                       U.S. DISTRICT JUDGE